THEODOSIA HORBAL vs. PETER KENNEDY, ADMINISTRATOR.

Third Judicial District.

Submitted on briefs June 2d—decided July 16th, 1915.

SUIT to obtain a conveyance of an undivided interest in certain real estate standing of record in the name of the defendant's intestate, who was the plaintiff's husband, or, in lieu thereof, a judgment for damages, brought to and tried by the Superior Court in New Haven County, *Tuttle, J.;* facts found and judgment rendered for the defendant, and appeal by the plaintiff. *No error.*

*Robert J. Woodruff,* for the appellant (plaintiff).

*Harold E. Drew,* for the appellee (defendant).

Opinion filed with the clerk of the Superior Court in New Haven County.